ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Anthony Andrews
616 E. Lincoln Avenue apt # C31
Mount Vernon, N.Y. 10552
**NAME OF PLAINTIFF(S)**

CV 15 4849

COMPLAINT

Jury Trial Demanded

v.

The Park lane Hotel      VITALIANO, J.
36 Central Park South    BLOOM, M.J.
New York, N.Y. 10019
**NAME OF DEFENDANT(S)**

RECEIVED
AUG 17 2015
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓        Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
         **NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

_____   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102-166).
         **NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
         **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

Anthony Andrews 616 E. Lincoln Avenue apt. #C31
_____
Street Address

Mount Vernon, N.Y., 10552, (347)488-7312
County          State    Zip Code   Telephone Number

2. Defendant(s) resides at, or its business is located at:

The Park Lane Hotel 36 Central park South
_____
Street Address

Manhattan, N.Y., NY-US, 10019
County      City    State      Zip Code

3. The address at which I sought employment or was employed by the defendant(s) is:

The Park Lane Hotel 36 Central park South
_____
Street Address

Manhattan, N.Y., NY, 10019
County      City    State      Zip Code

4. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*.

- ___ Failure to hire.
- ✓ Termination of my employment.
- ___ Failure to promote.
- ___ Failure to accommodate my disability.
- ___ Unequal terms and conditions of my employment.
- ✓ Retaliation
- ✓ Other acts *(specify)*: I was Called a Niggar by Managing Chef

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on: May 20th & 27th 2015.
Date(s)

6. I believe that the defendant(s) *(check one)*

    ✓ is still committing these acts against me.

    ___ is not still committing these acts against me.

7. Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)*

- [✓] race Black
- [✓] color light Skin
- [✓] gender/sex Male
- [ ] religion ___
- [✓] national origin African American
- [ ] disability ___
- [ ] age. If age is checked, answer the following:

    I was born in ~~1966~~. At the time(s) defendant(s) discriminated against me,
    Year
    I was [ ] more [ ] less than 40 years old. *(check one)*.

-3-

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8. The facts of my case are as follows:

I was hired as a Substitute at the Park Lane Hotel for 2 weeks for the Breakfast shift. I was Called back to cover the Garde Manger Station for 1 week, in the Month of May. I was told by the Exec Chef and Jennifer of Human Resources there's a permanent Shift open. I went to Human Resources to fill out a Hire form for the position and was trained for the Cook position. On May 20, I was asked to train a new Cook. On May 21 I was Called a Niggar by the Managing Chef. On Monday, Memorial day, I got injured on the Job, a Metal object fell from the pot rack and hit me in the right eye. On Wednesday, 2 days after the incident I was terminated for moving to slow, etc.

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9. It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: _____.
   Date

10. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 5/28/2015
    Date

-4-

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

    _____   60 days or more have elapsed.

    _____   less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission *(check one)*:

    _____   has **not** issued a Right to Sue letter.

    ✓   has issued a Right to Sue letter, which I received on  June 10, 2015 .
    Date

**NOTE:**   Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, pre-judgment interest, costs, and attorney's fees.

*[signature]*
PLAINTIFF'S SIGNATURE

Dated: 8/17/2015

616 E. Lincoln Avenue apt. #C31
Address
Mount Vernon, N.Y. 10552
(347) 488-7312
Phone Number

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Anthony Andrews
214 Nichols Ave.
Basement
Brooklyn, NY 11208

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2015-02498 | Roxanne Zygmund, Investigator | (212) 336-3764 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____   June 10 2015
Kevin J. Berry,              (Date Mailed)
District Director

Enclosures(s)

cc: Director of Human Resources
THE PARK LANE HOTEL
36 Central Park South
New York, NY 10019


**FedEx Office.**

August 17, 2015 11:29                    Page: 1
Receipt #: 1035559571
VISA #: XXXXXXXXXXXX7494
2015/08/17 11:27

| Qty | Description | Amount |
|---|---|---|
| 27 | ES B&W S/S White 8.5 x11 | 3.51 |

|  | SubTotal | 3.51 |
|---|---|---|
|  | Taxes | 0.31 |
|  | Total | 3.82 |

The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

FedEx Office Print & Ship Centers

16 Court Street
Brooklyn,NY 11241
718-852-5631
www.FedExOffice.com

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2015

Please Recycle This Receipt